

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00435-CV

———————————————

BLANCA ESTELA ANDRADE SALAS, Appellant

V.

CZ GS RENTAL 1, LLC, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-003080-1

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On October 21, 2025, we notified Appellant Blanca Estela Andrade Salas that the trial-court clerk responsible for preparing the record in this appeal has informed us that Appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because Appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution.[1] *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: November 26, 2025

---

[1]On November 17, 2025, contending that the appeal was moot, Appellee CZ GS Rental, LLC filed a first amended motion for dismissal with prejudice. But because we dismiss the appeal for want of prosecution, Appellee's motion to dismiss is likewise moot.